## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CHRISTOPHER PERKINS**                                              **PLAINTIFF**
*ADC #180836*

**v.**                          **CASE NO: 4:26-CV-00211-BSM**

**TURN HEALTH CLINICS,** *et al.*                                   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE